FILED

08 AUG 27 PM 3:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

'08 CR 2864 DMS

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation; Title 18, U.S.C., Sec. 1423 - Misuse of Evidence of Citizenship or Naturalization; Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship |
| JOEL SEGURA (T/N), aka Antonio Medina, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about June 22, 2008, within the Southern District of California, defendant JOEL SEGURA (T/N), aka Antonio Medina, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and

GVM:fer:San Diego
8/27/08

not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JOEL SEGURA (T/N), aka Antonio Medina, was removed from the United States subsequent to October 31, 1985.

### Count 2

On or about June 22, 2008, within the Southern District of California, defendant JOEL SEGURA (T/N), aka Antonio Medina, did knowingly use a certificate of naturalization showing Gustavo Gonzalez Huerta, to be naturalized as a citizen of the United States, which certificate of naturalization had been unlawfully made, in violation of Title 18, United States Code, Section 1423.

### Count 3

On or about June 22, 2008, within the Southern District of California, defendant JOEL SEGURA (T/N), aka Antonio Medina, did falsely and willfully represent to Department of Homeland Security, Bureau of Customs and Border Protection Officer R. Carrasco, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States by presenting an altered Certificate of Naturalization form N-550, in the name of

//
//
//
//
//

1  Gustavo Gonzalez Huerta, and by making an oral claim of United States
2  citizenship, whereas, in truth and fact, as the defendant then and
3  there well knew, he was not a citizen of the United States; in
4  violation of Title 18, United States Code, Section 911.
5    DATED: August 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
GEORGE V. MANAHAN
Assistant U.S. Attorney