```
 1
 2                                              FILED
 3                                         08 AUG 27 PM 3:35
 4                                       CLERK, U.S. DISTRICT COURT
                                         SOUTHERN DISTRICT OF CALIFORNIA
 5
                                              BY:           DEPUTY
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                  SOUTHERN DISTRICT OF CALIFORNIA
 9                                    08 CR 2864    DMS
10  UNITED STATES OF AMERICA,   )   Criminal Case No. _____
                                )
11           Plaintiff,          )
                                )
12      v.                      )
                                )   NOTICE OF RELATED CASE
13  JOEL SEGURA (T/N),          )
       aka Antonio Medina,      )
14                              )
                                )
15           Defendant.          )
    _____)
16
17  TO THE CLERK OF THE COURT:

18      Please take notice that the above-entitled case is related to

19  United States of America v. Joel Segura (T/N), aka Antonio Medina,

20  Criminal Case No. 08CR2397DMS.

21      DATED: August 27, 2008.

22                                  KAREN P. HEWITT
                                    United States Attorney
23
24
                                    GEORGE V. MANAHAN
25                                  Assistant U.S. Attorney
26
27
28
```